In re Kelly S. BALLENTINE, Magisterial District Judge District Court 02–2–01 Second Judicial District Lancaster County.

Appeal of Kelly S. Ballentine,
Magisterial District
Judge.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February 2016, the Order of the Court of Judicial Discipline is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this matter.